UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATHENA DIAGNOSTICS, INC.
    Plaintiff,

v.

WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC, d/b/a THE WISH CENTER, LLC
    Defendant.

Civil Action No. _____

05-40061 FDS

## ATHENA DIAGNOSTICS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(a), plaintiff Athena Diagnostics, Inc. ("Athena") makes the following corporate disclosure statement:

- Athena is a privately held corporation, incorporated in Delaware and with a principal place of business in Worcester, Massachusetts. Berhman Capital, a private equity investment firm, owns more than 10% of Athena's stock.

Respectfully submitted,

**ATHENA DIAGNOSTICS, INC.**

By its attorneys,

_/s/ William M. Hill_
William M. Hill, BBO # 546160
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: April 7, 2005