AO 440 (Rev. 10/83) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

ATHENA DIAGNOSTICS, INC.,

Plaintiff,

v.

WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC, d/b/a THE WISH CENTER, LLC,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: #

**05-40061FDS**

To:   The WISH Center, LLC
      2801 Finley Road, Suite 220
      Downers Grove, Illinois 60515

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

William M. Hill, BBO # 546160
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   4-7-05

CLERK                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/83) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) Robert W. Brindak | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
The Wish Center - 2801 Finley Rd. Suite #220, Downers Grove, IL
Served CFO, Richard Moylan

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☐ Other (specify):
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/11/05
                 Date

Signature of Server

6912 Main St. Suite #10 Downers Grove, Ill.
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Athena Diagnostics, Inc., et. al., Plaintiff(s)
vs.
Weight Intervention and Surgical Healthcare Holding, LLC, et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Weight Intervention and Surgical Healthcare, LLC, dba The Wish Center, LLC
Court Case No. 05-40061-FDS

MINTZ, LEVIN, ET AL
Mr. Philip Catanzano
One Financial Center
Boston, MA 02111-2621

State of: **ILLINOIS** ) ss.
County of: **DuPAGE** )

**Name of Server:** **ROBERT W. BRINDAC JR.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the **11** day of **APRIL**, 20 **05**, at **1:35** o'clock **P** M

**Place of Service:** at **2801 Finley Rd., Suite 220**, in **Downers Grove, IL 60515**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint;**
**Plaintiff's Rule 7.3 (a) Corporate Disclosure Statement;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Weight Intervention and Surgical Healthcare, LLC, dba The Wish Center, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **RICHARD MEYER, C.F.O.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **Brown**; Facial Hair **None**
Approx. Age **50**; Approx. Height **5'5**; Approx. Weight **175**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ 4/11/5
Signature of Server    (Date)

Subscribed and sworn to before me this **11th** day of **April**, 20 **05**.

_Frances R. Brindac_
Notary Public    (Commission Expires)

**APS International, Ltd.**
APS File #: 071238-0001

OFFICIAL SEAL
FRANCES R. BRINDAC
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-5-2005