UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Athena Diagnostics,
                Plaintiff

V.

Weight Intervention and Surgical Healthcare Holding,
                Defendant

CIVIL ACTION

NO. 05-40061-FDS

## NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

   4/5/06                                                           /s/ Martin Castles
    Date                                                         Deputy Clerk