UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Athena Diagnostics, Inc.,**
        **Plaintiff**

**V.**

**Weight Intervention and Surgical,**
        **Defendant**

CIVIL ACTION

NO. **05-40061-FDS**

ORDER OF DISMISSAL

**Saylor,    D. J.**

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   **4/5/06,**  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                            By the Court,

  **5/16/06**                                                       **/s/ Martin Castles**
    Date                                                              Deputy Clerk